*August 25, 2017*

2017-Ohio-7336.]

**2014–1290.  In re Comm. Rev. of Ohio Adm. Code Chapter 4901:1–10.**
Public Utilities Commission, No. 12–2050–EL–ORD. On consideration of the joint status report, stay of the briefing schedule extended. The parties shall notify the court within 180 days of the status and whether the stay may be lifted.

**2014–1633.  In re Comm. Rev. of Ohio Adm. Code Chapter 4901:1–10.**
Public Utilities Commission, No. 12–2050–EL–ORD. On consideration of the joint status report, stay of the briefing schedule extended. The parties shall notify the court within 180 days of the status and whether the stay may be lifted.

**2016–0696.  State v. Apanovitch.**
Cuyahoga App. Nos. 102618 and 102698, 2016-Ohio-2831. On motions for admission pro hac vice of Harry Cohen and Michael Robles. Motions granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission with the Supreme Court's Office of Attorney Services within 30 days.

**2017–0200.  State v. Mason.**
Marion App. No. 9–16–34, 2016-Ohio-8400. On appellant's motion for appointment of counsel. Motion granted. Kort Gatterdam and Todd Anderson are appointed to represent appellant.

**2017–0412.  In re Application of Black Fork Wind Energy, L.L.C.**
Power Siting Board, No. 10–8265–EL–BGN. On motion of intervening appellee to supplement the record. Motion granted. The Power Siting Board shall supplement the record in this case within 14 days with the record from the September 12, 2014 amendment application in Ohio Power Siting Board case No. 14–1591–EL–BGA.

The briefing schedule in this case is stayed until the clerk of court files the supplemental record. Upon filing of the supplemental record, the briefing schedule shall resume. Appellants shall file a merit brief within 40 days of the filing date of the supplemental record, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07.

*August 28, 2017*

2017-Ohio-7354.]

**2015–2053.  Disciplinary Counsel v. Alo.**
Sua sponte, Mohammed Noure Alo, Attorney Registration No. 0078288, last known business address in Columbus, Ohio, found in contempt for failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before August 18, 2017.

**2016–1820.  Columbus Bar Assn. v. Lindner.**
Sua sponte, Kristina Marie Lindner, Attorney Registration No. 0088516, last known business address